-+
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. S 12-255 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON DEFENDANT DUNCAN'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| v. | |
| ROBERT DUNCAN, | |
| Defendant. | |

It is requested that the hearing on defendant Robert Duncan's motion to reduce sentence pursuant to 18U.S.C. § 3582(c)(2), be continued from March 20, 2015, to April 10, 2015 at 9:00 a.m. Counsel for defendant Duncan is now unavailable for personal reasons. The government has no objection to the continuance.

Dated: March 19, 2015                            BENJAMIN B. WAGNER
                                                  United States Attorney

                                             By:  /s/ RICHARD J. BENDER
                                                  RICHARD J. BENDER
                                                  Assistant United States Attorney

STIPULATION AND ORDER CONTINUING RESENTENCING HEARING                     1

1
2  [Stipulation/Order continuing resentencing hearing to April 10th, page two]
3
4  IT IS SO ORDERED,
5  Dated:  March 19, 2015

X _____
GARLAND E. BURRELL, Jr.
U.S. District Judge

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge